RECEIVED
JUN 27 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

92751-509
Number/Alien Registration Number

FCI-LORETTO
Place of Confinement

PO Box 1000
Mailing Address

Cresson, PA 16630
City, State, Zip Code

15JF
#3
No Fee/IFP
Related case:
3:24-cv-307

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Eric Yancy Gonzalez
(Full Name of Petitioner)

    Petitioner,

v.

William Marshall III, Director,
Michael Underwood, Warden, et al.
(Name of Warden, Jailor or authorized person having custody of Petitioner)

    Respondent.

Case No. 3:25-cv-190
(To be supplied by Clerk)

Petitioner Under 28 U.S.C. § 2241
For a Writ Of Habeas Corpus
By a Person In Federal Custody

---

## PETITION

1. What are you challenging in this petition?
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Immigration detention
   ☐ Probation, parole or supervised release
   ☒ Other (explain): I am challenging the immediate custodian's execution of sentence as lawful executive restraint of my liberty without basis in USDC's sentence, duties of the US Attorney General as executor of USDC's sentence, and denial of 5th and 14th Amendment due process.

2. (a) Name and location of the agency or court that made the decision you are challenging: Central Office, 320 1st St. NW, Washington, DC 20534.

   (b) Case or opinion number: IR# 3791592

   (c) Decision made by the agency or court: The BOP through its immediate custodian and his staff have falsified information regarding a disciplinary conviction, denied the Petitioner due process, and have affected his liberty interest negatively.

1

(d) Date of the decision: Various

3. Did you appeal the decision to a higher agency or court? Yes ☒ No ☐

If yes, answer the following:

(a) First appeal: BP-10.

    (1) Name of the agency or court: NE Regional Office

    (2) Date you filed: On or about August 15, 2023

    (3) Opinion or case number: N/A

    (4) Result: Denied

    (5) Date of result: On or about September 15, 2023

    (6) Issues raised: Exhibit 1 which is unavailable

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Second appeal: BP-11

    (1) Name of the agency or court: Central Office

    (2) Date you filed: On or about September 25, 2023

    (3) Opinion or case number: N/A

    (4) Result: Denied

    (5) Date of result: On or about November 1, 2023

    (6) Issues raised: Exhibit 2 which is not available

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(c) Third appeal: n/a

    (1) Name of the agency or court: n/a

(2) Date you filed: n/a
(3) Opinion or case number: n/a

(4) Result: n/a

(5) Date of result: n/a

(6) Issues raised: n/a

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

4. If you did not appeal the decision to a higher agency or court, explain why you did not: Once the BP-11 is submitted and ruled on the Petitioner is free to file in Court, pursuant to 28 USC 2241, if he is not satisfied with the remedy.

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
   Yes ☐
   No ☒

If yes, answer the following:

(a) Name of the agency or court: n/a

(b) Date you filed: n/a

(c) Opinion or case number: n/a

(d) Result: n/a

(e) Date of result: n/a

(f) Issues raised: n/a

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

6. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

3

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.

GROUND ONE: The Incident Report is based on lies, no footage of the incident was examined, and procedural protections were not followed. This is a Fifth Amendment violation of right to Due Process as well as liberty interest.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
See Affidavit (Also see Exhibit 3)

(b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☒ No ☐

(c) If yes, did you present the issue to:
   ☒ The Office of General Counsel
   ☐ The Board of Immigration Appeals
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why

-4-

N/A

GROUND TWO: ____n/a____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
n/a

(b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to:

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: __n/a__

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why: __n/a__

**GROUND THREE:** __n/a__

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): __n/a__

6

(b) Did you exhaust all available administrative remedies relating to Ground Three? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to: _____
  ☐ The Office of General Counsel
  ☐ The Board of Immigration Appeals
  ☐ The Parole Commission
  ☐ Other: ___n/a___

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why: n/a

GROUND FOUR: ___n/a___

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

n/a

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to:
☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: ___n/a

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why: n/a

Please answer these additional questions about this petition:

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐ No ☐ (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a) Have you filed a motion under 28 U.S.C. § 2255? Yes ☐ No ☐

If yes, answer the following:

(1) Name of court: _____

(2) Case number: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

      (6) Issues raised: N/A

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Explain why the remedy under § 2255 is inadequate or ineffective: The Petitioner is challenging the execution of his sentence and a 2241 is the proper vehicle for that.

8. If this case concerns immigration removal proceedings, answer the following: N/A

  (a) Date you were taken into immigration custody: N/A

  (b) Date of removal or reinstatement order: N/A

  (c) Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐ N/A

    (1) Date you filed: N/A

    (2) Case number: N/A

    (3) Result: N/A

    (4) Date of result: N/A

    (5) Issues raised: N/A

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d) Did you file an appeal with the federal court of appeals?
Yes ☐   No ☒

    (1) Name of the court: N/A

    (2) Date you filed: N/A

    (3) Case number: N/A

    (4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: The Petitioner asks the Honorable Court to ORDER the BOP to expunge the incident report and reapply lost time credit or the BOP must show cause within 15 days as to why the requested relief should not be granted.

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  June 24, 2025  (month, day, year).

_____
Signature of Petitioner
Eric Yancy Gonzalez

N/A                                    N/A
_____   _____
Signature of attorney, if any      Date

10

Clerk of the Court                                          June 23, 2025
US District Court
319 Washington St
Room 208
Johnstown, PA  15901

Re: Submission 2241

Dear Sir/Madam:

I have enclose a petition pursuant to 28 USC §2241 seeking a writ of habeas corpus along with supporting documentation. Please note that I do so pro se and in forma pauperis.

I appreciate your consideration and I await your reply.

Sincerely,

Eric Yancy Gonzalez